1018

[Nos. 2248-2; 2249-2.   Division Two.   July 26, 1977.]

THE STATE OF WASHINGTON, *Respondent,* v. DENNIS
DEAN WISCH, ET AL, *Appellants.*

Appeals from a judgment of the Superior Court for
Cowlitz County, No. 5900, Frank L. Price, J., entered Jan-
uary 15, 1977. *Affirmed* by unpublished opinion per
Pearson, J., concurred in by Petrie, C.J., and Reed, J.

[No. 2174-2.   Division Two.   July 27, 1977.]

S. L. ROWLAND CONSTRUCTION COMPANY, INC., ET AL,
*Appellants,* v. PUGET SOUND NATIONAL
BANK, *Respondent.*

Appeal from a judgment of the Superior Court for Pierce
County, No. 218109, Stanley W. Worswick, J., entered
November 17, 1975. *Affirmed as modified* by unpublished
opinion per Petrie, C.J., concurred in by Pearson and Reed,
JJ.

[No. 2575-2.   Division Two.   July 27, 1977.]

LUCILLE P. MAY, *Respondent,* v. EDWARD S. MAY,
*Appellant.*

Appeal from a judgment of the Superior Court for Pierce
County, No. 208862, Waldo F. Stone, J., entered September
3, 1976. *Affirmed* by unpublished opinion per Pearson, J.,
concurred in by Petrie, C.J., and Reed, J.